## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

**RACHAEL PALMBERG,**

      **Plaintiff,**

**v.**                                                      **CASE #  3:24-CV-01470-VAB**

**VOYA SERVICES COMPANY
and RELIASTAR LIFE
INSURANCE COMPANY,**

      **Defendant.**

_____/

### NOTICE OF SETTLEMENT AND REQUEST FOR
### ADMINISTRATIVE CLOSURE

The Plaintiff, RACHAEL PALMBERG, by and through her undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not consummated a resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following: Counsel for Defendant, Andrew R. Kasner (andrew.kasner@mhllp.com).

                                               /s/    John V. Tucker
                                             JOHN V. TUCKER, ESQUIRE
Florida Bar #: 0899917
Attorney for Plaintiff and Trial Counsel
TUCKER DISABILITY LAW, P.A.
5235 16th Street North
St. Petersburg, FL 33703
Tel.:   (727) 572-5000
Fax:   (727) 571-1415
tucker@tuckerdisability.com